**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01055

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, dismissed

Plaintiff,

v.

ALEXANDER JOEL GUTIERREZ and
EDDIE BERNARD GUTIERREZ

Defendants/Cross Claim Defendants/Cross Claimants

and

DARIO LINAN

Defendant/Cross Claim Defendant/Cross Claimant.

---

**ORDER TO RELEASE FUNDS**

---

The Court, having reviewed the Parties Joint Motion to Release Funds (Doc. No. 38) and the file, and having been fully advised of the facts and circumstances, determines as follows:

The Motion is GRANTED. The clerk shall distribute $35,000.00 of the interpleaded funds deposited by The Prudential Insurance Company of America on August 19, 2026, to the office of Miller and Steiert, P.C. at 1901 W. Littleton Blvd. Littleton, CO 80120, and the remaining balance to the office of Hackstaff Snow Atkinson and Griess, LLC at 5105 DTC Pkwy. Ste. 312, Greenwood Village, CO 80111.

All litigation deadlines are suspended except that the parties must file dismissal documents no later than October 14, 2026.

Dated this 25th day of September, 2026.

**BY THE COURT:**

________________________________________
Maritza Dominguez Braswell
United States Magistrate Judge